Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
11, 2003












Petition for
Writ of Mandamus Denied and Memorandum Opinion filed July 11, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00756-CV

____________

 

IN RE HOUSTON PIPE LINE
COMPANY, L.P., Relator

 

 

________________________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On July 2, 2003, relator
filed a petition for writ of mandamus and motion for stay in this Court.  See
Tex. Gov’t. Code Ann. §
22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52. 

            We deny relator’s
petition for writ of mandamus and the motion for stay.

 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed July 11, 2003.

Panel consists of Justices
Hudson, Frost, and Seymore.